Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Boulevard
First Floor
Mineola, NY 11501
Telephone:    516.741.4977
Facsimile:    516.741.0626
esmith@brodskysmith.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA HUTCHINGS, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL CAPITAL CORP III, MICHAEL KLEIN, JEREMY PAUL ABSON, GLENN AUGUST, MIKE ECK, BONNIE JONAS, MARK KLEIN, MALCOLM S. MCDERMID, and KAREN MILLS.<br><br>Defendants. | **Case No.: 1:20-cv-06318-LTS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
2  Procedure, plaintiff Gina Hutchings ("Plaintiff") voluntarily dismisses this action with prejudice
3  as to the Plaintiff's individual claims and without prejudice as to the claims of the putative class.
4  This notice of dismissal is being filed before service by Defendants of either an answer or a motion
5  for summary judgment.  Since no class has been certified and the dismissal is without prejudice as
6  to the members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal
7  of this Action is effective upon filing of this notice.

Dated: October 19, 2020                          **BRODSKY & SMITH, LLC**

                                                 */s/ Evan J. Smith*_____
                                                 Evan J. Smith
                                                 240 Mineola Boulevard
                                                 First Floor
                                                 Mineola, NY 11501
                                                 Telephone:     516.741.4977
                                                 Facsimile:     516.741.0626
                                                 esmith@brodskysmith.com


                                                 *Attorneys for Plaintiff*